**UNITED STATES BANKRUPTCY COURT**
**Middle District of Alabama**

In re                                                                 Case No. 11−31790
                                                                      Chapter 13
Michael W. Boutwell

          Debtor

---

A *Petition for Relief under Chapter 13 of Title 11, U.S. Code*, filed by or against the above named Debtor on July 15, 2011.

---

### ORDER CONFIRMING PLAN

The debtor's plan was filed on July 15, 2011. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015.  The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.


          Done this 7th day of October, 2011.


                                                    /s/ Dwight H. Williams Jr.
                                                    United States Bankruptcy Judge